# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BENJARDI BATUCAN VIRAY, | ) | |
| Petitioner, | ) | 3:07-cv-00312-LRH-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BILL DONAT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | / | |

Respondents have filed a motion for an extension of time in which to file a responsive pleading to the petition for a writ of habeas corpus.  (Docket #10).  Respondents seek a 45-day enlargement of time, up to and including April 14, 2008, to file a response.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response (Docket #10) is **GRANTED.**  The response to the petition shall be filed on or before **April 14, 2008.**

DATED this 3rd day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE