# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BENJARDI BATUCAN VIRAY, )
         Petitioner, ) 3:07-cv-00312-LRH-VPC
vs. ) ORDER
BILL DONAT, *et al.*, )
         Respondents. )

Petitioner, who proceeds *pro per*, has filed a motion for an extension of time in which to file a reply to the answer. (Docket #26). Petitioner seeks a 60-day enlargement of time, up to and including May 13, 2009, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (Docket #26) is **GRANTED.** The reply shall be filed on or before **May 13, 2009.**

DATED this 27th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE