AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

BENJARDI BATUCAN VIRAY,

     Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:   **3:07-CV-00312-LRH-VPC**

BILL DONAT  et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY**. **IT IS FURTHER ORDERED** that Petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**


   November 2, 2009                 **LANCE S. WILSON**
                                                    Clerk

                                                    /s/ D. R. Morgan
                                                    Deputy Clerk